ALBANY,
August, 1810.

EVERITT
v.
KNAPP.

## EVERITT *against* KNAPP.

EMOTT, for the defendant, moved to set aside the judgment, entered by confession, and the execution in this cause, on the ground that the bond was given for a *gaming* debt.

*Per Curiam.* Motion granted. The charge is so directly made out, by the affidavits, and the counter affidavits are so equivocal or evasive, that we do not think it necessary to award an issue to try the facts; but adjudge the warrant of attorney void, so as to leave the plaintiff to his remedy on the bond, by suit.

Where it appeared, that a judgment was entered by confession, was given for a *gaming* debt; and the counter affidavits were equivocal or evasive, the court refused to award an issue to try the fact, but set aside the judgment, and declared the warrant of attorney void, so as to leave the party to his remedy on the bond, by suit.